# ENTRY ORDER

2017 VT 1

SUPREME COURT DOCKET NO. 2016-428

JANUARY TERM, 2017

| | |
|---|---|
| Representative Donald Turner, Jr. and<br>Senator Joseph Benning<br><br>v.<br><br>Governor Peter Shumlin | } ORIGINAL JURISDICTION<br>}<br>}<br>}<br>}<br>} |

In the above-entitled cause, the Clerk will enter:

¶ 1.    Senator Richard Sears' motion to file an amicus curiae brief in support of respondent's position is granted. Amicus Curiae's motion for an additional ten minutes to argue beyond the time allotted to respondent is denied.

BY THE COURT:

_____
Paul L. Reiber, Chief Justice

☒ Publish

☐ Do Not Publish

_____
John A. Dooley, Associate Justice

_____
Marilyn S. Skoglund, Associate Justice

_____
Harold E. Eaton, Jr., Associate Justice

_____
Walter M. Morris, Jr., Superior Judge (Retired),
Specially Assigned